744

Commonwealth *v.* Tawney, Appellant.

Submitted December 12, 1966. *James Edgar Tawney,* appellant, in propria persona; *Gerald R. Walmer,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Wagner, Appellant.

Submitted December 12, 1966. *Bernard Wagner,* appellant, in propria persona; *Ralph B. D'Iorio,* Assistant District Attorney, for Commonwealth, appellee.

Decree affirmed.

Commonwealth, Appellant, *v.* Wagner.

Argued December 14, 1966. *James D. Crawford,* Assistant District Attorney, with him *Alan J. Davis,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellant; *Charles F. G. Smith,* with him *Swartz, Campbell & Detweiler,* for appellee.

Reversed and remanded for a proper post-conviction hearing.

Commonwealth *v.* Winfield, Appellant.